HORACE E. BARRON, Receiver, etc., *vs.* HANS PAULSON.

June 9, 1875.

Order granting New Trial—Verdict against Evidence.—*Hicks* v. *Stone*, 13 Minn.
434, followed and applied as to the manner in which an appeal from an
order granting a new trial should be treated in this court.

Appeal by defendant from an order of the district court
for Rice county, *Lord*, J., presiding, granting a new trial.

*Perkins & Mott*, for appellant.

*John H. Case*, for respondent.

BERRY, J.    Upon the trial below the only question in
this case was whether certain ploughs were sold to defend-
ant or consigned to him for sale upon commission.    On

plaintiff's motion a new trial was granted upon the ground that the verdict for defendant was not justified by the evidence. From the order granting the same, defendant appeals. Referring to the views expressed by this court in *Hicks* v. *Stone*, 13 Minn. 434, upon the general question as to the manner in which appeals of this kind should be treated, we are of opinion that the order granting the new trial in the case at bar should be affirmed. The case is one in which the preponderance of evidence was not only not " manifestly and palpably in favor of the verdict," but clearly against it.

Order affirmed.